# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JOSE A. LOPEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV410-237 |
| DAVID WAGNER, CEO OLD KENT MORTGAGE COMPANY, and DOES 1-15 inclusive, | ) ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiff Jose A. Lopez filed this Securities Exchange Act case against defendants on October 8, 2010 but has since abandoned any effort to litigate it. Doc. 1. He has failed, for example, to serve the defendants within the 120 days that Fed. R. Civ. P. 4(m) commands. The Court thus directed him to show cause why it should not dismiss his case for violating Rule 4(m). Doc. 4. He has failed to respond. Accordingly, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED**, this 24th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA