UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSE A. LOPEZ, )
)
    Plaintiff, )
)
v. ) Case No. CV410-237
)
DAVID WAGNER, CEO )
OLD KENT MORTGAGE COMPANY, )
and DOES 1-15 inclusive, )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 6 day of _____, 2011.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA